622

October 7, 1976. The motion of the appellee to dismiss the appeal under V.R.A.P. 31(c) is granted.

TOWN OF MIDDLEBURY v. David K. SMITH, et al., No. 158-76

October 7, 1976. The motion to dismiss is denied; the issue as to the appellant's right to intervene appearing to be one of law with no transcript required, the record is deemed complete and the appellant is ordered to file the printed case on or before October 20, 1976, with appellant's brief to be filed on or before thirty days from that date; failure to comply with this entry will be grounds for dismissal of the appeal.

Floyd LEONARD v. Sidney NURENBURG, No. 216-75

October 8, 1976. Appeal dismissed for failure to comply with progress order of June 1, 1976.

Daniel I. RAYMOND ESTATE and Lizzie Raymond v. TOWN OF DANBY, No. 250-75 and Edward Ames v. Town of Danby, No. 251-75

October 8, 1976. Motion granted. Subject to further order of Court, the time for completion of record is suspended until 30 days after the disposition of Docket No. 32-76.

BANK OF MONTREAL v. CHARLES R. LAWLISS & ASSOCIATES, LTD. and Roger A. R. King-Hall and Town of Richford, No. 233-76

October 8, 1976. Because permission to appeal under 12 V.S.A. § 4601 was not obtained, the motion to dismiss is granted. *Webster* v. *LaDuke*, 126 Vt. 27, 220 A.2d 474 (1966).

STATE of Vermont v. Paul K. MORRISON, Jr., No. 263-76

October 8, 1976. There being no final judgment below pursuant to V.R.Cr.P. 32(b), appellee's Motion to Dismiss granted for failure to comply with V.R.A.P. 5(b)(1).

Sharon G. AIKEN v. Nathan B. AIKEN, No. 277-76

October 12, 1976. The application for a stay of the order of the Chittenden Superior Court dated October 8, 1976, is set for hearing on Thursday, October 14th at 1:30 P.M. Mittimus is stayed until the completion of the hearing on that date, unless otherwise ordered.

Sharon G. AIKEN v. Nathan B. AIKEN, No. 277-76

October 14, 1976. No basis for a stay having been made to appear in connection with either the order of July 29, 1976, or of October 8,